No. 72–1520. BURROUGHS ET AL. *v.* STERLING TRANSIT CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 72–1522. CHARMAR INVESTMENT CO. *v.* CITY NATIONAL BANK & TRUST CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 72–1523. PRICE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 72–1525. SUNDRY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 72–1526. COULTER ET AL. *v.* MELADY ET AL. Ct. Civ. App. Tex., 6th Sup. Jud. Dist. Certiorari denied.

No. 72–1527. BROWN *v.* UNITED STATES;
No. 72–1531. NASH *v.* UNITED STATES;
No. 72–6486. BOULIER *v.* UNITED STATES; and
No. 72–6497. NATHAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 476 F. 2d 456.

No. 72–1528. MIDWEST HANGER CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 8th Cir. Certiorari denied.

No. 72–1529. UNITED STATES *v.* DOWDY. C. A. 4th Cir. Certiorari denied.

No. 72–1530. DUGAS *v.* KANSAS CITY SOUTHERN RAILWAY CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–1532. PETERSON *v.* STANCZAK ET AL. C. A. 7th Cir. Certiorari denied.

No. 72–1533. H. HENTZ & CO. ET AL. *v.* KASNER ET UX. C. A. 5th Cir. Certiorari denied.